**Carlos Andres GUERRERO, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–77328.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.*

Filed March 24, 2008.

Carlos Andres Guerrero, Los Angeles, CA, pro se.

CAC–District Counsel, Los Angeles, CA, Office of the District Counsel, Department of Homeland Security, R. Alexander Goring, P. Michael Truman, Washington, DC, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Ronald E. Lefevre, San Francisco, CA, for Respondent.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

### MEMORANDUM **

Carlos Andres Guerrero, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We dismiss the petition for review.

We lack jurisdiction over Guerrero's petition for review because he was convicted of an aggravated felony and does not raise a colorable question of law or constitutional claim. *See* 8 U.S.C. § 1252(a)(2)(C)–(D); *Ocampo–Duran v. Ashcroft,* 254 F.3d 1133, 1134–35 (9th Cir.2001) (one-year sentence for violation of Cal.Penal Code § 245(a)(1) constituted an aggravated felony).

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

